UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JOHN MAHONEY, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

AKUMIN CORP.

        Defendant.

Case No. 2:20-cv-03237

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs or disbursements to any party.

Dated: Philadelphia, Pennsylvania
       January 8, 2021

Respectfully submitted,

/s/ David S. Glanzberg

Glanzberg Tobia Law, P.C.

*Attorneys for Plaintiff*

21350167v2